TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
     Social Security Administration
     160 Spear Street, Suite 800
     San Francisco, CA 94105
     Telephone: (415) 977-8825
     Facsimile: (415) 744-0134
     Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE NICOLE MANNESS GROSSMAN, | Case No.: 5:20-cv-01481-RAO |
| Plaintiff, | |
| vs. | **[~~PROPOSED~~] JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: March 31, 2021

_Rozella a. Oli_
_____
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE